**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTHUR ADAMS | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   08 C 4452 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| DODGE OF ANTIOCH INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   ECF Service List

**PLEASE TAKE NOTICE** that on **September 11, 2008**, at 9:00 a.m., I shall appear before the Honorable **James F. Holderman in Room 2541** of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **MOTION TO WITHDRAW AS ATTORNEY**, a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with the Local Rule 5.2.

/s/ Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092/ 312.726.1093 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2008, I caused a true and correct copy of the foregoing to be served upon the individuals listed above via ECF electronic delivery.

/s/ Alexander H. Burke