AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Arthur Adams

V.

Dodge of Antioch, Inc.

| | |
|---|---|
| CASE NUMBER: | 08CV4452 |
| ASSIGNED JUDGE: | JUDGE HOLDERMAN |
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE NOLAN |
| | JFB |

TO: (Name and address of Defendant)

Dodge of Antioch, Inc.
c/o Philip L. Mandell, Registered Agent
39 S. LaSalle, Ste. 1220,
Chicago, IL. 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street, Suite 2000
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
------------------------------------
(By) DEPUTY CLERK

August 7, 2008
------------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE August 25, 2008 |
| NAME OF SERVER (PRINT) Linda M. Barksdale | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Phillip L. Mondell, Registered Agent for Dodge of Antioch, Inc. 39 S. LaSalle #1250 Chicago, IL 60603

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/25/08            _Linda M. Barksdale_
                Date                        Signature of Server

221 W. Monroe #2000 Chicago, IL 60606
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.